# Civil Process Service & Investigations of North Carolina, LLC

CPSINC is a Legal Support Service

---

March 20, 2015

SILVER LAW GROUP
SILVER LAW GROUP
11780 WEST SAMPLE RD.
CORAL SPRINGS, FL 33065 USA

TAX ID # 46-0806854

Re: 15-030022   Inv. Number: 15-030022-01   Your Claim Number: 2:15-CV-01878-
   SUMMONS & COMPLAINT

For Professional Services Rendered

| Description | Taxable | Units | Rate | Amount |
|---|---|---|---|---|
| Investigative Hours | | | | |
| Mileage | | | | |
| Photocopying | | | | |
| Flat Fee | | | | |
| CASE 2:15-cv-01878-MCA-JBC | | | | |
| Theodore Van Leer, et al., v. Invictus Asset Management LLC., et al., | | | | |
| 1) David W. Schamens-Priority Service | | 1.00 | 135.00 | 135.00 |
| 2) Piliana Schamens | | 1.00 | 35.00 | 35.00 |
| 3) Invictus Holdings, LLP. | | 1.00 | 35.00 | 35.00 |
| 4) Tradedesk Capital, LLC. | | 1.00 | 35.00 | 35.00 |
| 5) Invictus Real Estate Investment, LLP. | | 1.00 | 35.00 | 35.00 |
| 6) Tradedesk Financial Group, Inc. | | 1.00 | 35.00 | 35.00 |
| 7) Tradestream Analytics, Ltd. | | 1.00 | 35.00 | 35.00 |

|  |  |
|---|---|
| Sub-Total: | 345.00 |
| Sales tax: | |
| Interest: | |
| Total Billing: | 345.00 |
| Paid to Date: | 345.00 |
| Retainer Paid: | |
| TOTAL DUE: | $0.00 |

| Amt Paid | Paid Date |
|---|---|
| 345.00 | 03/20/2015 |

Invoice Due Upon Receipt. Please send copy with Payment.
6806 Renwick Ct. Greensboro, NC 27410 - Office: 336-327-3705/ 336-668-0777 Email: cpsnc1@gmail.com
Web: civilprocessservicenc.com

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

THEODORE VAN LEER, ET AL.,
*Plaintiff*

V.   SUMMONS IN A CIVIL CASE

INVICTUS ASSET MANAGEMENT LLC.,
ET AL.,
*Defendant*

CASE NUMBER: 2:15-CV-01878-MCA-JBC

TO: *(Name and address of Defendant):*

INVICTUS HOLDINGS, LLP

c/o David W. Schamens, General Partner or c/o Piliana Schamens, Registered Agent

138 Arnold Palmer Drive

Advance, North Carolina 27006

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael L. Braunstein, Esq.

THE BRAUNSTEIN LAW FIRM, PLLC

3 Eberling Drive

New City, New York 10956

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALSH**
CLERK

**Christine Melillo**
(By) DEPUTY CLERK



ISSUED ON 2015-03-16 12:45:54, Clerk
USDC NJD

# RETURN OF SERVICE

Service of the Summons and complaint was made by me(1) | DATE March 18, 2015 at 5:20 P.M.

NAME OF SERVER (PRINT) Steve Mitchell | TITLE Process Server

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served: 138 Arnold Palmer Dr., Advance, NC 27006

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

[ ] Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  March 18, 2015
             Date              Signature of Server

6806 Renwick Court
Address of Server
Greensboro, NC 27410

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

THEODORE VAN LEER, ET AL.,
*Plaintiff*

V.   SUMMONS IN A CIVIL CASE

INVICTUS ASSET MANAGEMENT LLC.,
ET AL.,
*Defendant*

CASE NUMBER: 2:15-CV-01878-MCA-JBC

TO: *(Name and address of Defendant):*

PILIANA SCHAMENS
138 Arnold Palmer Drive
Advance, North Carolina 27006

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael L. Braunstein, Esq.
THE BRAUNSTEIN LAW FIRM, PLLC
3 Eberling Drive
New City, New York 10956

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

WILLIAM T. WALSH
CLERK

Christine Melillo
(By) DEPUTY CLERK



ISSUED ON 2015-03-16 12:45:54, Clerk
USDC NJD

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE March 18, 2015 at 5:20 P.M. |
| NAME OF SERVER *(PRINT)* Steve Mitchell | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☒ Name of person with whom the summons and complaint were left: DAVID W. Schamens, Husband + Co-Resident

☐ Returned unexecuted: _____

☐ Other (specify): Service Address 138 Arnold Palmer Dr. Advance, NC 27006, David W. Schamens is described as a White Male, Gray hair, 5'10" tall, 160 lbs and approx. 45 yrs. old. Photo ID

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  March 18, 2015
Date

*Signature of Server*

6806 Renwick Court, Greensboro NC 27410
*Address of Server*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

THEODORE VAN LEER, ET AL.,
*Plaintiff*

V.   **SUMMONS IN A CIVIL CASE**

INVICTUS ASSET MANAGEMENT LLC.,
ET AL.,
*Defendant*

CASE NUMBER: **2:15−CV−01878−MCA−JBC**

TO: *(Name and address of Defendant):*

DAVID W. SCHAMENS
138 Arnold Palmer Drive
Advance, North Carolina 27006

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) −− or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) −− you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael L. Braunstein, Esq.
THE BRAUNSTEIN LAW FIRM, PLLC
3 Eberling Drive
New City, New York 10956

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

WILLIAM T. WALSH
CLERK

Christine Melillo
(By) DEPUTY CLERK



ISSUED ON 2015−03−16 12:45:54, Clerk
USDC NJD

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE March 18, 2015 at 5:20 p.m |
| NAME OF SERVER (PRINT) Steve Mitchell | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 138 Arnold Palmer Dr., Advance, NC 27006

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on March 18, 2015
Date

Signature of Server

6806 Renwick Ct, Greensboro, NC 27410
Address of Server

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

THEODORE VAN LEER, ET AL.,
*Plaintiff*

            V.         **SUMMONS IN A CIVIL CASE**

INVICTUS ASSET MANAGEMENT LLC.,
ET AL.,
*Defendant*

CASE NUMBER: **2:15-CV-01878-MCA-JBC**

TO: *(Name and address of Defendant):*

    TRADEDESK FINANCIAL GROUP, INC.
    c/o David W. Schamens, Managing Director
    138 Arnold Palmer Drive
    Advance, North Carolina 27006

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Michael L. Braunstein, Esq.
    THE BRAUNSTEIN LAW FIRM, PLLC
    3 Eberling Drive
    New City, New York 10956

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

WILLIAM T. WALSH
CLERK

Christine Melillo
(By) DEPUTY CLERK



ISSUED ON 2015-03-16 12:45:54, Clerk
USDC NJD

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE March 18, 2015 at 5:20 p.m. |
| NAME OF SERVER (PRINT) Steve Mitchell | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served: 138 Arnold Palmer Dr., Advance, NC 27006

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

[ ] Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  March 18, 2015
                        Date

Signature of Server

Address of Server: 6806 Renwick Ct, Greensboro, NC 27410

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

THEODORE VAN LEER, ET AL.,
*Plaintiff*

V.    **SUMMONS IN A CIVIL CASE**

INVICTUS ASSET MANAGEMENT LLC.,
ET AL.,
*Defendant*

CASE NUMBER: **2:15-CV-01878-MCA-JBC**

TO: *(Name and address of Defendant):*

INVICTUS REAL ESTATE INVESTMENT, LLP

c/o Piliana Schamens, Registered Agent or c/o David W. Schamens, General Partner

138 Arnold Palmer Drive

Advance, North Carolina 27006

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael L. Braunstein, Esq.

THE BRAUNSTEIN LAW FIRM, PLLC

3 Eberling Drive

New City, New York 10956

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

WILLIAM T. WALSH
CLERK

Christine Melillo
(By) DEPUTY CLERK



ISSUED ON 2015-03-16 12:45:54, Clerk
USDC NJD

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE March 18, 2015 at 5:20 p.m. |
| NAME OF SERVER (PRINT) Steve Mitchell | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 138 Arnold Palmer Dr., Advance, NC 27006

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on March 18, 2015
Date

Signature of Server

Address of Server: 6806 Renwick Court, Greensboro, NC 27410

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

THEODORE VAN LEER, ET AL.,
*Plaintiff*

V.　　　　　　　　　　**SUMMONS IN A CIVIL CASE**

INVICTUS ASSET MANAGEMENT LLC.,
ET AL.,
*Defendant*

CASE NUMBER: 2:15-CV-01878-MCA-JBC

TO: *(Name and address of Defendant):*

> TRADEDESK CAPITAL, LLC
>
> c/o David W. Schamens
>
> 138 Arnold Palmer Drive
>
> Advance, North Carolina 27006

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Michael L. Braunstein, Esq.
>
> THE BRAUNSTEIN LAW FIRM, PLLC
>
> 3 Eberling Drive
>
> New City, New York 10956

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



WILLIAM T. WALSH
CLERK

Christine Melillo
(By) DEPUTY CLERK

ISSUED ON 2015-03-16 12:45:54, Clerk
USDC NJD

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE March 18, 2015 AT 5:20 P.M. |
| NAME OF SERVER (PRINT) Steve Mitchell | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 138 Arnold Palmer Drive, Advance, NC 27006

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on MARCH 18, 2015
Date

Signature of Server

6806 Renwick Court
Address of Server
Greensboro, NC 27410

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

THEODORE VAN LEER, ET AL.,
*Plaintiff*

V.    **SUMMONS IN A CIVIL CASE**

INVICTUS ASSET MANAGEMENT LLC.,
ET AL.,
*Defendant*

CASE NUMBER: **2:15–CV–01878–MCA–JBC**

TO: *(Name and address of Defendant):*

TRADESTREAM ANALYTICS, LTD.
c/o David W. Schamens, Managing Director
138 Arnold Palmer Drive
Advance, North Carolina 27006

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael L. Braunstein, Esq.
THE BRAUNSTEIN LAW FIRM, PLLC
3 Eberling Drive
New City, New York 10956

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



WILLIAM T. WALSH
CLERK

Christine Melillo
(By) DEPUTY CLERK

ISSUED ON 2015–03–16 12:45:54, Clerk
USDC NJD

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE March 18, 2015 at 5:20 p.m. |
| NAME OF SERVER (PRINT) STEVE Mitchell | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 138 Arnold Palmer Dr., Advance, NC 27006

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  MARCH 18, 2015
                Date

Signature of Server

6806 Renwick Court
Address of Server
Greensboro, NC 27410