UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

Civil Action No. 2:15-cv-01878

THEODORE VAN LEER, et. al,

    Plaintiffs,

v.

INVICTUS ASSET MANAGEMENT, LLC, INVICTUS
CAPITAL GROWTH AND INCOME FUND, LLP
INVICTUS HOLDINGS, LLP, TRADEDESK CAPITAL LLC,
TRADEDESK FINANCIAL GROUP, INC., TRADESTREAM
ANALYTICS, LTD., INVICTUS INCOME FUND, LLP,
DAVID W. SCHAMENS, PHILLIPS WIEGAND JR.,
PILIANA M. SCHAMENS, INVICTUS REAL ESTATE
INVESTMENT, LLP

    Defendants.
_____/

RECEIVED

APR 1 3 2015

AT 8:30  2:15  P

## MOTION FOR EXTENSION OF TIME TO FILE ANSWER AND RETAIN COUNSEL FOR CORPORATE ENTITIES

Defendants Piliana M. Schamens, individually and as Managing Member of the General Partner of Invictus Capital Growth and Income Fund, LLP and Invictus Income Fund, LLP, and as Member of Invictus Asset Management and the General Partner of Invictus Holdings, LLP moves the Court, pursuant to Federal Rules of Civil Procedure, for an extension of time to respond to Plaintiff's Complaint (the "Complaint") on the grounds that the defendants need additional time to investigate and prepare and an adequate Response as well as retain counsel. I nor the other Defendants mentioned above were not served on March 18, 2015 as presented by the Plaintiff's counsel. I reside at an address other than David W. Schamens (who was served) two weeks out of the month including that date March 18, 2015, due to my responsibilities as the guardian of two teenage girls.

- 1 -

This Motion is made in good faith, not for the purposes of delay and is filed prior to the expiration of the time originally prescribed to respond to the Complaint.

Dated: April 8, 2015

By: /s/ *Piliana M. Schamens*
**Piliana M. Schamens**
Managing Member of the General Partner of, ,
INVICTUS CAPITAL GROWTH AND INCOME FUND, LLP, INVICTUS INCOME FUND, LLP, INVICTUS HOLDINGS, LLP
Member
INVICTUS ASSET MANAGEMENT, LLC
piliana@tradestreamanalytics.com
Tel.: (212) 537-6163