
LOFARO & REISER, L.L.P.
Glenn R. Reiser, Attorney Id.: 021481990
20 Court Street, Suite 4
Hackensack, New Jersey 07601
Tel: (201) 498-0400
Fax: (201) 498-0016
Email: greiser@new-jerseylawyers.com

Local Counsel for Defendant, Phillips Wiegand, Jr.

-and-

William C Robinson, Esq.
ROBINSON ELLIOTT & SMITH
800 East Boulevard, Suite 100
Charlotte, North Carolina 28203-5467
Tel:  (704) 343-0061
Fax: (704) 373-0290
Email: srobinson@reslawfirm.net

Counsel for Defendant, Phillips Wiegand, Jr.
(Pro Hac Vice Admission to be Filed)

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| THEODORE VAN LEER, CAROLINE VAN LEER, ANNE M. BLANKEN, and ANN M. BLANKEN as Trustee of the CREDIT SHELTER SHARE TRUST,<br><br>          Plaintiffs,<br><br>vs.<br><br>INVICTUS ASSET MANAGEMENT LLC, INVICTUS CAPITAL GROWTH AND INCOME FUND LLP, INVICTUS HOLDINGS, LLP, TRADEDESK CAPITAL LLC, TRADEDESK FINANCIAL GROUP, INC., TRADESTREAM ANALYTICS, LTD., INVICTUS INCOME FUND, LLP, DAVID W. SCHAMENS, PHILLIPS WIEGAND, JR., PILIANA SCHAMENS, and INVICTUS REAL ESTATE INVESTMENT, LLP,<br><br>          Defendants. | Civil Action<br><br><br>Case No. 2:15-cv-01878-MCA-JBC<br><br>**APPLICATION BY PHILIP WIEGAND, JR. FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE MOVE PURSUANT TO LOCAL CIVIL RULE 6.1(b)** |

Application is hereby made to the Clerk of the United States District Court for the District of New Jersey by the attorneys for defendant, Phillips Wiegand, Jr., for an extension of time within which to answer or otherwise move as to the Complaint herein for a period of fourteen (14) days pursuant to Local Civil Rule 6.1(b), said defendant, Phillips Wiegand, Jr. having come before the Court solely for this extension but not for the purpose of appearing either generally or specially in this jurisdiction, nor having waived any defenses available to him by such appearance; and it is represented that:

1. There have been no prior extensions of time for the defendant, Phillips Wiegand, Jr., to answer or otherwise reply to the Complaint; and

2. The time for defendant, Phillips Wiegand, Jr., to answer or otherwise reply as to the Complaint expires on June 9, 2015.

                                                        LOFARO & REISER, L.L.P.
                                                        Local Counsel for Defendant, Phillips Wiegand, Jr.

                                                        By: /s/ Glenn R. Reiser_____

Dated:  June 7, 2015

The above application be and hereby is GRANTED and the time for Defendant, Phillips Wiegand, Jr. to answer or otherwise reply to the Complaint is extended for a period of fourteen (14) days up to and including June 23, 2015, pursuant to Local Civil Rule 6.1(b) of the United States District Court for the District of New Jersey.

                                                        WILLIAM T. WALSH, Clerk
                                                        United States District Court
                                                        District of New Jersey

                                                        _____

Dated:                                                         Deputy Clerk