UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| VAN LEER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> INVICTUS ASSET MANAGEMENT LLC, *et al.*, <br><br> Defendants. | Civil Action No. 15-1878(MCA) |

NOTICE OF APPEARANCE

Please take notice that Dennis F. Gleason of Jardim, Meisner & Susser, P.C., enters his appearance as counsel of record on behalf of defendants:

David W. Schamens
Piliana Schamens
Tradestreams Analytics, Ltd.
TradeDesk Financial Group, Inc.
Invictus Real Estate Investments LLP

All notices, pleadings, applications, motions, and other documents served and filed in this matter should be served on:

Dennis F. Gleason, Esq.
dgleason@jmslawyers.com
JARDIM, MEISNER & SUSSER, P.C.
30B Vreeland Road; Suite 201
Florham Park, New Jersey 07932
Telephone: (973) 845-7640
Facsimile: (973) 549-6079

                    Respectfully submitted,

By:   /s/Dennis F. Gleason
      Dennis F. Gleason
      JARDIM, MEISNER & SUSSER, P.C.
      30B Vreeland Road, Suite 201
      Florham Park, New Jersey
      (973) 845-7640

      Attorneys for
      David W. Schamens
      Piliana Schamens
      Tradestreams Analytics, Ltd.
      TradeDesk Financial Group, Inc. and
      Invictus Real Estate Investments, LLP

July 2, 2015