# THE BRAUNSTEIN LAW FIRM, PLLC

3 Eberling Drive
New City, NY 10956
(845) 642-5062

Michael L. Braunstein, Esq.
(Admitted in NY & NJ)

July 28, 2015

**VIA CM/ECF ONLY**
Hon. Madeline Cox Arleo
United States District Judge
United States District Court, District of New Jersey
Martin Luther King, Jr. Federal Building & Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re:  Theodore Van Leer, *et al*. v. Invictus Asset Management LLC, *et al*.
U.S. District Ct. - D. NJ - Case No: 2:15-cv-01878-MCA-JBC

Dear Judge Arleo:

We are counsel for the plaintiffs, Theodore Van Leer, Caroline Van Leer, Anne M. Blanken, and Anne M. Blanken, as Trustee of the Credit Shelter Trust ("Plaintiffs"), in the above-referenced matter. On June 23, 2015, Defendant Phillips Wiegand Jr. ("Mr. Wiegand") filed a Motion to Dismiss the Complaint in this matter. *See*, Docket Entry No. ("DE") 17. On July 24, 2015, Defendants Invictus Real Estate Investment, LLP, David W. Schamens, Piliana Schamens, Tradedesk Financial Group, Inc., Tradestream Analytics, Ltd. jointly filed a cross-motion relying on Mr. Wiegand's motion. *See*, DE 23.

The parties seek to stay the motion practice and request that Judge Hammer conduct a settlement conference. The parties are hopeful that, with the assistance of the Court at a judicially-monitored settlement conference, this matter can be resolved. The parties agree to stay motion practice until Judge Hammer can conduct the settlement conference.

In view of the parties' agreement, we ask that the Court enter an Order extending the parties' deadlines on the Motion to Dismiss accordingly.

Hon. Magistrate Madeline Cox Arleo
July 28, 2015
Page 2 of 2

   We thank the Court for its attention to this matter and remain available if the Court wishes to discuss any aspect of the parties' request.

            Very truly yours,

            **THE BRAUNSTEIN LAW FIRM, PLLC**

           By: *Michael L. Braunstein*
             Michael L. Braunstein
             MBraunstein@BraunsteinFirm.com

cc: Honorable Michael A. Hammer
   All Counsel of Record (Via CM/ECF)

