THE BRAUNSTEIN LAW FIRM, PLLC
3 Eberling Drive
New City, NY 10956
(845) 642-5062

Michael L. Braunstein, Esq.
(Admitted in NY & NJ)

August 7, 2015

**VIA CM/ECF ONLY**
Hon. Michael A. Hammer
United States Magistrate Judge
United States District Court, District of New Jersey
Martin Luther King, Jr. Federal Building & Courthouse
50 Walnut Street
Newark, New Jersey 07101

      Re:    Theodore Van Leer, *et al*. v. Invictus Asset Management LLC, *et al*.
              U.S. District Ct. - D. NJ - Case No: 2:15-cv-01878-MCA-JBC

Dear Judge Hammer:

    We are counsel for the plaintiffs, Theodore Van Leer, Caroline Van Leer, Anne M. Blanken, and Anne M. Blanken, as Trustee of the Credit Shelter Share Trust ("Plaintiffs"), in the above referenced matter. In consultation and agreement with Dennis Gleason, Esq., counsel for Defendants Invictus Real Estate Investment, David W. Schamens, Piliana Schamens, Tradedesk Financial Group, and Tradestream Analytics ("Defendants") (Plaintiffs and Defendants collectively "the Parties"), the Parties have arranged for everyone to travel to, and be available in, your courtroom in New Jersey on **Friday, August 28, 2015** to participate in a judicial settlement conference to be overseen by Your Honor. Per consultation with chambers, and understanding that counsel and the parties need to travel from Florida, North Carolina, New York, and New Jersey, we are hopeful that the Court is still available to conduct the settlement conference on that date.

    We thank the Court for its attention to this matter, remain available if the Court wishes to discuss any aspect of the parties' request, and look forward to Your Honor's assistance in guiding this matter to a just resolution.

                          Very truly yours,

                          **THE BRAUNSTEIN LAW FIRM, PLLC**

                          By:   *Michael L. Braunstein*
                                Michael L. Braunstein
                                MBraunstein@BraunsteinFirm.com

cc:    (Via CM/ECF)
       All Counsel of Record