**LOFARO & REISER, L.L.P.**
55 HUDSON STREET
HACKENSACK, NEW JERSEY 07601
TEL: (201) 498-0400
FAX: (201) 498-0016
WEB: www.njlawconnect.com

August 11, 2015

**FILED VIA ECF**
Honorable Madeline Cox Arleo, U.S.D.J.
United States District Court
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, New Jersey 07102

    Re:    **VAN LEER, et al v. INVICTUS ASSET MANAGEMENT LLC., et al**
              **Case No.: 2:15-cv-01878-MCA-MAH**

Dear Judge Arleo:

    My firm is counsel for the Defendant, Phillips Wiegand, Jr., in the above-referenced matter. I am writing to inform the Court that Mr. Wiegand and plaintiffs have settled their disputes, and that therefore I will not be appearing at the settlement conference scheduled for August 28, 2015.

    I anticipate that a stipulation of dismissal will be prepared and filed on the docket shortly. Thank you for Your Honor's attention to this matter.

                              Respectfully,

                              /s/ Glenn R. Reiser

Cc:    Counsel (via ECF & Email)