Michael L. Braunstein, Esq.
**THE BRAUNSTEIN LAW FIRM, PLLC**
3 Eberling Drive
New City, New York 10956
Telephone:     (845) 642-5062

Adolfo J. Anzola, Esq.
**SILVER LAW GROUP**
11780 W. Sample Road
Coral Springs, Florida 33065
Telephone:     (954) 755-4799

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

---------------------------------------------------------------------------X
THEODORE VAN LEER, an individual;
CAROLINE VAN LEER, an individual;
ANNE M. BLANKEN, an individual; and          **Docket No.: 2:15-CV-01878-MCA-MAH**
ANNE M. BLANKEN, as Trustee of the
CREDIT SHELTER SHARE TRUST,
         Plaintiffs,

               v.

INVICTUS ASSET MANAGEMENT LLC, *et al.*,
         Defendants.
---------------------------------------------------------------------------X

### PLAINTIFFS' NOTICE OF WITHDRAWAL OF AMENDED COMPLAINT WITHOUT PREJUDICE

Plaintiffs, THEODORE VAN LEER, an individual; CAROLINE VAN LEER, an individual; ANNE M. BLANKEN, an individual; and ANNE M. BLANKEN, as Trustee of the CREDIT SHELTER SHARE TRUST (collectively "Plaintiffs"), by and through undersigned counsel, hereby serve notice that -- based solely upon procedural concerns raised by the Court during the February 5, 2016 telephonic Status Conference convened by the Court [Docket Entry Nos. ("DE") 36, 38, 39] -- they are withdrawing the Amended Complaint filed in this matter [DE 37] without prejudice to Plaintiffs' right to pursue, in this or a separately-filed matter, the claims set forth in that Amended Complaint.

Case No.: 2:15-CV-01878-MCA-MAH

THIS WITHDRAWAL IS IN NO WAY TO BE DEEMED A VOLUNTARY DISMISSAL OF PLAINTIFFS' CLAIMS UNDER FED.R.CIV.P. 41, nor is it a waiver of Plaintiffs' right to pursue, in this or a separately-filed matter, the claims set forth in that Amended Complaint.  This matter shall remain open and shall proceed under the claims set forth in the original Complaint [DE 1] unless and until a judgment is entered thereon or unless an Amended Complaint is filed pursuant to Fed.R.Civ.P. 15 or Court Order.

Respectfully submitted,

**THE BRAUNSTEIN LAW FIRM, PLLC**

By:   /s/ Michael L. Braunstein
      Michael L. Braunstein, Esq.
      3 Eberling Drive
      New City, New York 10956
      Telephone:     (845) 642-5062

- and -

**SILVER LAW GROUP**
Adolfo J. Anzola, Esq.
11780 W. Sample Road
Coral Springs, Florida 33065
Telephone:     (954) 755-4799

*Attorneys for Plaintiffs*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was electronically filed with the Clerk of Court on this   15th   day of   February   2016 by using the CM/ECF system which will send a notice of electronic filing to the following CM/ECF participant(s): **DENNIS F. GLEASON, ESQ.**, Jardim, Meisner & Susser, P.C., *Counsel for Defendants, Invictus Real Estate Investment, LLP, Tradedesk Financial Group, Inc., Tradestream Analytics, Ltd., David W. Schamens, and Piliana Schamens*, 30B Vreeland Road - Suite 201, Florham Park, New Jersey 07932; and **GLENN R. REISER, ESQ.**, LoFaro & Reiser, LLP, *Counsel for Defendant, Phillips Wiegand Jr.*, 20 Court Street, Hackensack, New Jersey 07601.

       /s/ Michael L. Braunstein
      MICHAEL L. BRAUNSTEIN